UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-2121 JMR/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| MARY REYNOLDS, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed by the parties that the defendant may be granted an additional period of time up to and including November 15, 2000, to move, answer, or otherwise respond to plaintiff's Complaint.

Dated: October 12, 2000

B. TODD JONES
United States Attorney

M. Trippler

BY: MARY L. TROPPLER
Assistant U.S. Attorney
Attorney I.D. No.110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

Mary L. Reynolds

MARY REYNOLDS
Defendant
2239 Pierce Street NE
Minneapolis, MN 55418
(612) 781-1592

IT IS SO ORDERED.

Dated: Oct. 17, 2000

Susan Richard Nelson

United States Magistrate Judge
United States District Court

FILED OCT 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK