UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-2121 JMR/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARY REYNOLDS, Defendant | ) | STIPULATION AND ORDER |

It is hereby stipulated and agreed by the parties that the Defendant may be granted an additional period of time up to and including November 20, 2000, to move, answer, or otherwise respond to Plaintiff's Complaint.

Dated: 11-15-00

B. TODD JONES
United States Attorney

BY: LONNIE BRYAN
Assistant U.S. Attorney
Attorney I.D. No. 206635
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: 15 NOVEMBER 2000

Sarah Oquist

Kathleen S. Sanberg (#14043X)
Sarah L. Oquist (#296272)
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000
Attorneys for Mary Reynolds, Defendant

IT IS SO ORDERED.

Dated: November 16, 2000

Susan Richard Nelson

United States Magistrate Judge
United States District Court

M1:684604.01

FILED NOV 17 2000
FRANCIS E. DOSAL, CL
JUDGMENT ENTD
DEPUTY CLERK